# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STANLEY JONES, | Case No. 19-CV-3180 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER |
| FACEBOOK, INC., | |
| Defendant. | |

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), all dispositive and non-dispositive motions are referred to Magistrate Judge Elizabeth Cowan Wright.

Parties and counsel are directed to schedule motions by calling Magistrate Judge Cowan Wright's Chambers at 651-848-1890.

Dated: December 27, 2019

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge